# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS R. SPEACHT, | : | |
| RANDY HOWELL, ADAM EBERT | : | |
| MATTHEW REED, JOHN BOATENG, | : | CIVIL ACTION NO.: 5:10-cv-241 |
| RUDY D. KINCHEN and | : | |
| DOUGLAS F. SICKLES | : | |
|       Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| WAL-MART STORES EAST, L.P., | : | |
| WSE MANAGEMENT, LLC, | : | |
| WSE INVESTMENT, LLC, | : | |
| WAL-MART STORES EAST, INC., | : | |
| WAL-MART STORES, INC., | : | |
| MATT TOOLAN, *Individually and as* | : | |
| *an employee and agent* | : | |
| Wal-Mart Supercenter # 1884, | : | |
| CORY CONFER, *Individually and as* | : | |
| *an employee and agent* | : | |
| Wal-Mart Supercenter # 1623, | : | |
| BRIAN WASSINGER, *Individually and* | : | |
| *as an employee and agent* | : | |
| ASSISTANT MANAGER JOHN DOE | : | |
| *Individually and as an employee and agent* | : | |
|       Defendants. | : | |

## FIRST VERDICT INTERROGATORIES TO THE JURY

1.    Do you find beyond a fair preponderance of the evidence that the Defendant violated the Pennsylvania Wire Tap Act (Wire, Electronic or Oral Communication Act) 18 Pa. C.S. §5703, et seq.?

    (  )  Yes       (  )  No

If the answer is no, you should not answer any further questions regarding this interrogatory.

2.    Pursuant to 18 Pa. C.S. §5725 any person who is found to have violated 18 Pa. C.S. §5703 of the Wire Tap Act shall be entitled to recover from any such person:

      a.  Actual damages, but not less than liquidated damages computed at the rate of $100.00 a day for each day violation, or $1,000.00 whichever is higher.

      b.  Punitive damages.

      c.  Reasonable attorney's fees and other litigation costs reasonably incurred.

3.    As to actual damages, what amount of actual damages between $100.00 and $1,000.00 per day do you award to Plaintiffs?

    a.  Frances R. Speacht    $_____

    b.  Randy Howell    $_____

    c.  Adam Ebert    $_____

    d.  Matthew Reed    $_____

    e.  John Boateng    $_____

    f.  Rudy Kinchen    $_____

    g. Douglas F. Sickels    $_____

4.    As to punitive damages what amount of punitive damages do you award to Plaintiffs?

    a.  Frances R. Speacht    $_____

    b.  Randy Howell    $_____

    c.  Adam Ebert    $_____

    d.  Matthew Reed    $_____

    e.  John Boateng    $_____

    f.  Rudy Kinchen    $_____

    g. Douglas F. Sickels    $_____

5.      As to attorney's fees what amount of reasonable attorney's fees and costs do you award to Plaintiff?

a.  Frances R. Speacht          $_____

b.  Randy Howell               $_____

c.  Adam Ebert                 $_____

d.  Matthew Reed               $_____

e.  John Boateng               $_____

f.  Rudy Kinchen               $_____

g. Douglas F. Sickels          $_____

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS R. SPEACHT, | : | |
| RANDY HOWELL, ADAM EBERT | : | |
| MATTHEW REED, JOHN BOATENG, | : | **CIVIL ACTION NO.: 5:10-cv-241** |
| RUDY D. KINCHEN and | : | |
| DOUGLAS F. SICKLES | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| WAL-MART STORES EAST, L.P., | : | |
| WSE MANAGEMENT, LLC, | : | |
| WSE INVESTMENT, LLC, | : | |
| WAL-MART STORES EAST, INC., | : | |
| WAL-MART STORES, INC., | : | |
| MATT TOOLAN, *Individually and as* | : | |
| *an employee and agent* | : | |
| Wal-Mart Supercenter # 1884, | : | |
| CORY CONFER, *Individually and as* | : | |
| *an employee and agent* | : | |
| Wal-Mart Supercenter # 1623, | : | |
| BRIAN WASSINGER, *Individually and* | : | |
| *as an employee and agent* | : | |
| ASSISTANT MANAGER JOHN DOE | : | |
| *Individually and as an employee and agent* | : | |
| Defendants. | : | |

## SECOND VERDICT INTERROGATORIES TO THE JURY

1.      Do you find beyond a fair preponderance of the evidence that the Defendant

violated the Federal Wire Tap Act (Wire and Electronic Communications Interception and

Interception of Oral Communication) 18 U.S.C. §2511, et seq.?

( ) Yes          ( ) No

If the answer is no, you should not answer any further questions regarding this

interrogatory.

2.      Pursuant to 18 U.S.C. §2511  any person who is found to have violated 18 U.S.C.

§2511 of the Wire Tap Act shall be entitled to recover from any such person:

      a.  Actual damages, but not less than liquidated damages computed at the rate of $100.00 a day for each day violation, or $1,000.00 whichever is higher.

      b.  Punitive damages.

      c.  Reasonable attorney's fees and other litigation costs reasonably incurred.

3.    As to actual damages, what amount of actual damages between $100.00 and $1,000.00 per day do you award to Plaintiffs?

    a.  Frances R. Speacht     $_____

    b.  Randy Howell     $_____

    c.  Adam Ebert     $_____

    d.  Matthew Reed     $_____

    e.  John Boateng     $_____

    f.  Rudy Kinchen     $_____

    g. Douglas F. Sickels     $_____

4.    As to punitive damages what amount of punitive damages do you award to Plaintiffs?

    a.  Frances R. Speacht     $_____

    b.  Randy Howell     $_____

    c.  Adam Ebert     $_____

    d.  Matthew Reed     $_____

    e.  John Boateng     $_____

    f.  Rudy Kinchen     $_____

    g. Douglas F. Sickels     $_____

5.    As to attorney's fees what amount of reasonable attorney's fees and costs do you award to Plaintiff?

      a.  Frances R. Speacht      $_____

      b.  Randy Howell      $_____

      c.  Adam Ebert      $_____

      d.  Matthew Reed      $_____

      e.  John Boateng      $_____

      f.  Rudy Kinchen      $_____

      g.  Douglas F. Sickels      $_____